IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALLEN CANTRELL
*ADC #188951*                                                                PLAINTIFF

v.                                      No. 3:26-cv-72-DPM

POINSETT COUNTY DETENTION
CENTER; ISRIEL MCGUIRE, C.O.,
Poinsett County Detention Center; and
KEVAN MOULDER, Sheriff, Poinsett
County Detention Center                                          DEFENDANTS

## ORDER

1.    The Court withdraws the reference.

2.    Cantrell hasn't updated his address;  and his mail is still being returned undelivered. *Doc. 4–6.*  His complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2026